IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY M. KIRKLAND,
    Plaintiff,

v.                                 Case No. 3:12cv25/RV/CJK

KENNETH TUCKER,
    Defendant.
_____

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the Clerk. On May 8, 2012, the court entered an order denying plaintiff's motion to proceed *in forma pauperis* and requiring plaintiff to pay, within thirty days, the $350.00 filing fee. (Doc. 11). Plaintiff was warned that failure to do so would result in dismissal of this case. To date, plaintiff has not paid the filing fee, and has not responded to the court's June 21, 2012, order requiring him to show cause why this case should not be dismissed. (Doc. 12).

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

    2. That the clerk be directed to close the file.

At Pensacola, Florida this 14th day of August, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).